No. 44665.—Protest 4633–K of Central Maderia Corp. (New York).

Opinion by Tilson, J. The record disclosing no reason for disturbing the action of the collector the protest was dismissed.

Before the Third Division, November 1, 1940

No. 44666.—Petition 5886–R of William J. Oberle, Inc. (New Orleans).

Opinion by Cline, J. From the evidence it was found that there was no intention to misrepresent the facts or to defraud the revenue of the United States. The petition was therefore granted.

No. 44667.—Petition 5927–R of Clemente Jacques y Cia (San Antonio).

Opinion by Cline, J. From the evidence it was found that there was no intention to misrepresent the facts or to defraud the revenue of the United States. The petition was therefore granted.

No. 44668.—Petition 5928–R of United China & Glass Co. (New Orleans).

Opinion by Cline, J. From the evidence it was found that there was no intention to misrepresent the facts or to defraud the revenue of the United States. The petition was therefore granted.

No. 44669.—Petition 5867–R of Olaf H. Olsen (New Orleans).

Opinion by Cline, J. From the evidence it was found that there was no intention to misrepresent the facts or to defraud the revenue of the United States. The petition was therefore granted.

No. 44670.—Protest 983579–G of S. S. Kresge Co. (New York).

Opinion by Keefe, J. It was stipulated that the papier mâché figures in question are similar to those the subject of Strauss-Eckardt Co. v. United States (T. D. 47439 and T. D. 48272). The claim at 25 percent under paragraph 1403 was therefore sustained.

No. 44671.—Protest 964093–G of Park Holtorf & Guy (New York).

Opinion by Keefe, J. In accordance with stipulation of counsel and on the authority of Stokby v. United States (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.